IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARGIE J. RUSSELL,** | ) |
| Plaintiff , | ) |
| vs. | ) CIVIL ACTION NO. 08-496-CG-B |
| **CAPITAL ONE, et al.,** | ) |
| Defendants . | ) |

## MOTION TO COMPEL ARBITRATION

COMES NOW Defendant Capital One Bank (USA), N.A., improperly designated as Capital One ("Capital One") and moves the Court to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* (the "FAA"), and to preclude Plaintiff from taking any action inconsistent with arbitration.  As grounds therefore, Capital One states as follows:

1.   Plaintiff filed this action on August 26, 2008, asserting various claims and causes of action against Capital One.

2.   All claims asserted against Capital One are governed by a binding arbitration agreement found in Plaintiff's Customer Agreements with Capital One.

3.   The Customer Agreements between Capital One and Plaintiff require that all claims asserted against Capital One be arbitrated.

{B0944071}

4. The Customer Agreements evidence a transaction involving interstate commerce.

5. The Federal Arbitration Act ("FAA") 9 U.S.C. §§ 1-16, requires the arbitration of Plaintiff's claims pursuant to her Customer Agreement.

6. As further grounds for this Motion, Capital One relies upon Capital One's Memorandum of Law in Support of its Motion to Compel Arbitration, and Defendant Capital One's Evidentiary Submission in Support of Motion to Compel Arbitration, which are filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, Capital One respectfully requests that this Court enter an Order granting it the following relief:

a. Compelling Plaintiff, pursuant to 9 U.S.C. § 4 of the FAA, to arbitrate all claims Plaintiff intends to raise in the pending action against Capital One;

b. Directing Plaintiff to take no further action outside of arbitration with regard to all claims covered by the Customer Agreement; and

c. Staying this action pending the arbitration of Plaintiff's claims.

## ORAL ARGUMENT REQUESTED

          Respectfully Submitted,

          s/W. Drake Blackmon
          Rik S. Tozzi
          ASB-7144-Z48R
          W. Drake Blackmon
          ASB-1566-W86B
          Attorneys for Defendant Capital One Bank (USA) N.A., incorrectly identified as Capital One

**OF COUNSEL:**

Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Riemer, Esq.
Post Office Box 1206
Mobile, AL 36633
kjr@alaconsumerlaw.com

Kirkland E. Reid
Jones Walker LLP
Post Office Box 46
Mobile, AL 33601
kreid@joneswalker.com

Leilus Jackson Young, Jr.
Ferguson Frost & Dodson, LLP
2500 Acton Road
Suite 200
Birmingham, AL 35243
ljy@ffdlaw.com

Jeffrey Uhlman Beaverstock
Burr & Forman, LLP
P. O. Box 16046
Mobile, AL 36616
jeff.beaverstock@burr.com

Erin L. Dickinson
Jones Day
901 E. Lakeside Avenue
Cleveland, OH 44114
eldickinson@jonesday.com

                              s/W. Drake Blackmon
                              Rik S. Tozzi
                              ASB-7144-Z48R
                              W. Drake Blackmon
                              ASB-1566-W86B
                              Starnes & Atchison LLP
                              100 Brookwood Place, 7th Floor
                              P.O. Box 598512
                              Birmingham, Alabama 35259-8512
                              (205) 868-6088
                              (205) 868-6099 (facsimile)
                              rst@starneslaw.com
                              Attorneys for Defendant Capital One Bank (USA) N.A., incorrectly identified as Capital One