### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARGIE J. RUSSELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0496-CG-B |
| | ) |
| CAPTIAL ONE, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER

This matter is before the court on Capital One's motion to compel arbitration (Doc. 48), and the joint request for stay pending arbitration filed by the plaintiff and Capital One (Doc. 54).

Upon due consideration, the motions are hereby **GRANTED**.  It is, therefore, **ORDERED** that all plaintiffs' claims against Capital One be submitted to arbitration pursuant to the terms contained in Capital One's Customer Agreement, and that this action is **STAYED** as to Capital One pending further order of the court.  The plaintiff's claims against Equifax Information Services, LL, Experian Information Solutions, Inc. and Transunion, LLC shall proceed to trial.

Defendant Capital One is **ORDERED** to initiate the arbitration proceedings, and is further **ORDERED** to report to the court the status of arbitration proceedings at 90-day intervals, beginning May 5, 2009.  At the termination or other completion of the arbitration proceedings, Capital One is **ORDERED** to advise the court of that fact within ten days.

**DONE and ORDERED** this 4th day of February, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE