**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MARGIE J. RUSSELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0496-CG-B |
| | ) |
| **CAPITAL ONE, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties having filed a Joint Stipulation of Dismissal of All Claims Asserted Against Equifax Information Services, LLC (Doc. 60), all claims against Equifax Information Services, LLC ("Equifax") are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(ii) of the F.R.Cv.P. Plaintiff and Equifax shall bear their own costs.

**DONE and ORDERED** this 31st day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE