## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MARGIE J. RUSSELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0496-CG-B |
| | ) |
| **CAPITAL ONE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

The parties having filed a Joint Stipulation of Dismissal of All Claims Asserted Against Experian Information Solutions, Inc., the plaintiff's claims against Experian Information Solutions, Inc. are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the F.R.Cv.P. Each party shall bear her or its own costs.

Since the plaintiff has been ordered to arbitrate her claims with the sole remaining defendant, Captial One, this action is hereby **STAYED** pending completion of arbitration. The clerk of court is directed to place this case on the court's administrative docket. However, the court retains jurisdiction and the parties may request reinstatement at any time if they require the court's intervention.

**DONE and ORDERED** this 29th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE