IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARGIN J. RUSSELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.                                                      ) | **CIVIL ACTION 08-0496-CG-B** |
| ) | |
| **CAPITAL ONE, EQUIFAX** ) | |
| **INFORMATION SERVICES, LLC,** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., and TRANSUNION,** ) | |
| **LLC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The plaintiff and Capital One having filed a Joint Stipulation of Dismissal Asserted Against Capital One (Doc. 67), this action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs.[1]

**DONE and ORDERED** this 27th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendant Transunion LLC was dismissed by order of March 25, 2009 (Doc. 59). Defendant Equifax Information Services, LLC was dismissed by order of March 31, 2009 (Doc. 61). Defendant Experian Information Solutions, Inc. was dismissed by order of April 29, 2009 (Doc. 63).